# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Nickole M. Vincent <br> *Plaintiff* <br> v. <br> Andrew Saul, Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 4:20-CV-00590 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Final judgment is entered in favor of, Andrew Saul, Commissioner of Social Security, and against Plaintiff Nickole M. Vincent pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge William I. Arbuckle on a motion for Pursuant to Memorandum Opinion and Order dated 7/12/2021 [ECF Docs. 18, 19].

Date: 07/12/2021

*CLERK OF COURT*

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*